## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SIFREDO JIMENEZ, §<br>　*Plaintiff,* §<br>§<br>v. §   Case No.:<br>§<br>CLIENT SERVICES, INC., §<br>　*Defendant.* § | |

### DEFENDANT CLIENT SERVICES, INC.'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE:

COMES NOW, Defendant Client Services, Inc. ("Defendant") and files its Notice of Removal as follows:

1. Plaintiff Sifredo Jimenez ("Plaintiff") filed her state-court Petition on July 17, 2021, in the County Court of the Fifteenth Judicial Circuit In and for Palm Beach County, Florida located at 205 North Dixie Hwy. West Palm Beach, FL 33401.

2. This is a civil action based on Plaintiff's contention that Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

3. Removal is proper because this case involves a federal question—an alleged violation of the FDCPA. This entire suit is removable under 28 U.S.C. § 1441(a).

4. Venue is proper in this district under 28 U.S.C. 1441(a) because the state court where the suit has been pending is located in this district.

5. Removal is timely pursuant to 28 U.S.C. § 1441(b) because Defendant has filed its Notice of Removal within 30 days of receipt of Plaintiff's state-court Petition which was served on August 2, 2021.

6. Pursuant to U.S.C. § 1441(a), a copy of all process, pleadings, documents, and orders in this case have been attached as **Exhibit A**.

7. A copy of this Notice of Removal has been sent to Plaintiff and will be filed with the clerk of the County Court of the Seventeenth Judicial Circuit In and for Broward County, Florida.

8. Plaintiff requested a jury trial in the state court matter.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that this Court assume full jurisdiction over the proceeding as provided by law.

Dated: August 18, 2021      Respectfully submitted,

/s/ Dale T. Golden
Dale T. Golden, Esq.
FBN:  0094080
/s/ Charles J. McHale
Charles J. McHale, Esq.
FBN:  0026555
**GOLDEN SCAZ GAGAIN, PLLC**
1135 Marbella Plaza Drive
Tampa, Florida 33619
Phone:  (813) 251-5500
Direct:  (813) 251-3632
Fax:  (813) 251-3675
dgolden@gsgfirm.com
cmchale@gsgfirm.com