

**JOSEPH ABRUZZO**
CLERK OF THE CIRCUIT COURT & COMPTROLLER
PALM BEACH COUNTY

**CASE NUMBER: 50-2021-CC-007681-XXXX-MB**
**CASE STYLE: JIMENEZ, SIFREDO V CLIENT SERVICES INC**

| Search Criteria | Search Results | Case Info | Party Names | Dockets & Documents | Case Fees | Court Events |

To view a document, click on the document icon 📄 in the left column.

Documents with a lock icon 🔒 are viewable on request (VOR) to protect confidential information. Click on the lock icon 🔒 to request the document. VOR documents are reviewed and then generally become available online within three business days of request.

A clock icon ⏰ means a VOR document is 'In Process' and being reviewed. Click on the clock icon ⏰ to request email notification when the document becomes available online.

Public = 📄          VOR = 🔒          In Process = ⏰          Page Size: 25

| Docket Number | Effective Date | Description | Notes |
|---|---|---|---|
| 2 | 07/17/2021 | CIVIL COVER SHEET | F/B PLT |
| 3 | 07/17/2021 | COMPLAINT | F/B PLT |
| 4 | 07/17/2021 | REQUEST TO PRODUCE | FIRST SET OF/OF DOCUMENTS F/B PLT |
| 5 | 07/17/2021 | NOTICE OF FILING INTERROGS | SERVING/TO DEFENDANT F/B PLT |
| 1 | 07/21/2021 | DIVISION ASSIGNMENT | RB: County Civil Central - RB (Civil) |
| 6 | 07/21/2021 | PAID $300.00 ON RECEIPT 4110955 | $300.00 4110955 Fully Paid |
| 7 | 08/11/2021 | SUMMONS ISSUED | tom@jibraellaw.com;jibrael@jibraellaw.com;bryon@jibraellaw.com |
| 8 | 08/12/2021 | PAID $10.00 ON RECEIPT 4137328 | $10.00 4137328 Fully Paid |