IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

| | |
|---|---|
| SIFREDO JIMENEZ, § § § § § § § § § §  *Plaintiff,* v. CLIENT SERVICES, INC., *Defendant.* | Case No.:50-2021-CC-007618 |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE:

Please take notice that on August 16, 2021, Defendant Client Services, Inc., filed a Notice of Removal pursuant to 28 U.S.C. § 1441(a) in the United States District Court for the Southern District of Florida. A true and correct copy of the Notice of Removal is attached hereto as **Exhibit A**.

Please take further notice that upon filing the Notice of Removal with the Clerk of the United States District Court for the Southern District of Florida and filing copies thereof with this Court, the Defendant has effected the removal of this case. Therefore, this Court shall proceed no further in this action unless and until this case is remanded pursuant to 28 U.S.S. § 1446(d).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was furnished by email on this 18th day of August, 2021 to all parties registered to receive electronic notice in this proceeding.

Dated: August 18, 2021

        Respectfully submitted,

        /s/ Dale T. Golden
        Dale T. Golden, Esq.
        FBN:  0094080
        /s/ Charles J. McHale
        Charles J. McHale, Esq.
        FBN:  0026555
        **GOLDEN SCAZ GAGAIN, PLLC**
        1135 Marbella Plaza Drive
        Tampa, Florida 33619
        Phone:  (813) 251-5500
        Direct:  (813) 251-3632
        Fax:  (813) 251-3675
        dgolden@gsgfirm.com
        cmchale@gsgfirm.com